**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE: 213-629-7849
FACSIMILE 213-624-1376

Lawrence A. Tabb (State Bar No. 141471)
l.tabb@mpglaw.com
Jennifer C. Kalvestran (State Bar No. 242157)
j.kalvestran@mpglaw.com

Attorneys for Defendant ARCH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI COSMETICS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARCH INSURANCE COMPANY, a Missouri corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, INC., a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE No. CV-09-05548-GAF-RZ<br><br>Honorable Gary A. Feess<br><br>[Proposed] JUDGMENT IN FAVOR OF DEFENDANT ARCH INSURANCE COMPANY |

### [Proposed] JUDGMENT

On February 5, 2010, this Court granted Defendant Arch Insurance Company's ("Arch") Motion for Summary Judgment, pursuant to *Federal Rule of Civil Procedure* Rule 56, and ordered entry of judgment as to all of the Causes of Action asserted against Arch in Plaintiff Giovanni Cosmetics, Inc.'s First Amended Complaint, as follows:

1. First Cause of Action for Declaratory Relief Re: Defendant Arch Insurance's Duty To Pay Plaintiff's Defense Costs in the Underlying Action;

2. Second Cause of Action for Declaratory Relief Re: Defendant Arch

676574.1

Insurance's Duty to Indemnify Plaintiff in the Underlying Action;

3. Third Cause of Action for Breach of Contract Against Defendant Arch Insurance;

4. Fourth Cause of Action for Reimbursement Against Defendant Arch Insurance;

5. Fifth Cause of Action for Breach of the Covenant of Good Faith and Fair Dealing Against Defendant Arch Insurance; and

6. Sixth Cause of Action for Unfair Business Practices in Violation of Bus. & Prof. Code § 17200, *et seq.*, Against Defendant Arch Insurance.

For the reasons set forth in the Court's Memorandum and Order (ECF No. 39, attached hereto as Exhibit "A"), Arch is entitled to judgment in its favor.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that:

1. The First through Sixth Causes of Action in Plaintiff's First Amended Complaint are dismissed with prejudice as to Arch, and Plaintiff shall take nothing thereby.

2. Arch is the prevailing party in this action.

3. Requests for costs may be made by application to the Clerk of the Court.

   a. Arch shall recover from Plaintiff costs of suit in the sum of $_____.

DATED: February 16, 2010

_____
Hon. Gary A. Feess
United States District Court Judge

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

676574.1

2

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT ARCH INSURANCE COMPANY