JS-6

KEVIN G. McCURDY (SBN 115083)
DAVID C. HUNGERFORD (SBN 209609)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
        david.hungerford@mccurdylawyers.com

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI COSMETICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY, a Missouri corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, INC., a Pennsylvania corporation; and DOES 1 through 20, inclusive;<br><br>Defendants. | CASE NO. CV09-5548 GAF (RZx)<br><br>[PROPOSED] **JUDGMENT IN FAVOR OF DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA** |

This Court granted defendant National Union Fire Insurance Company of Pittsburgh, PA's ("National Union") motion for summary judgment on February 5, 2010. For the reasons set forth in the Court's February 5, 2010 Memorandum & Order Regarding Defendants' Motions For Summary Judgment, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff Giovanni Cosmetics Company take nothing on its causes of action against National Union, that the action be dismissed with prejudice as to National Union, and that

defendant National Union recover its costs of suit incurred herein.

Dated: February 16, 2010

_____
HON. GARY A. FEESS